

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00097-CV

_____

JEFFREY N. HUNTER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court Nos. CR-13-24632; CR-13-24641; CR-13-24642

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Jeffrey N. Hunter timely filed a notice of appeal December 11, 2014. The clerk's record was filed February 20, 2015. No reporter's record was requested or filed. Hunter's brief was due to be filed with this Court on or before March 23, 2015. When neither the brief nor a motion to extend the deadline for filing the brief was received by March 23, our clerk's office contacted Hunter by letter and advised him that his brief was late, extended the deadline for filing the brief to April 23, 2015, and warned Hunter that failure to file the brief by April 23 would subject his appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We have received no responsive communication from Hunter and have not received his appellate brief. Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


Bailey C. Moseley
Justice

Date Submitted:     May 19, 2015
Date Decided:     May 20, 2015

2